UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ROSENBAUER AMERICA, LLC; ROSENBAUER MINNESOTA, LLC (f/k/a GENERAL SAFETY FIRE APPARATUS, LLC); ROSENBAUER AERIALS, LLC; and DELMARVA PUMP CENTER, INC. d/b/a DPC EMERGENCY EQUIPMENT, <br><br> Plaintiffs, <br> v. <br><br> SPARTAN MOTOR CHASSIS, INC.; SPARTAN CHASSIS, INC.; and SPARTAN MOTORS, INC., <br><br> Defendants. | Civ. No. 14-4075 <br><br><br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED, by and between Plaintiffs, Rosenbauer America, LLC, Rosenbauer Minnesota, LLC (f/k/a General Safety Fire Apparatus, LLC), Rosenbauer Aerials, LLC, and Delmarva Pump Center, Inc. d/b/a DPC Emergency Equipment, and Defendants, Spartan Motor Chassis, Inc., Spartan Chassis, Inc., and Spartan Motors, Inc., through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a), that this action, including all claims, may be and hereby are dismissed with prejudice and without fees and costs to any of the parties to this action.

Dated: September 5, 2014

LINDQUIST & VENNUM LLP

By _____
Daniel R. Fritz
Nicole O. Tupman
101 S. Reid Street, Suite 302
Sioux Falls, SD 57103
Phone: 605-978-5200
Email:  dfritz@lindquist.com
            ntupman@lindquist.com

*Attorneys for Plaintiffs*

Dated: October 31, 2014

FOLEY & LARDNER LLP

By _____
Michael J. Lockerby
3000 K. Street, NW, Suite 600
Washington, DC 20007
Phone: 202-945-6079
Email:  mlockerby@foley.com

*Attorneys for Defendants*

2